## Shapiro Appeal.

Argued September 12, 1975. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*Nicholas J. Nastasi,* with him *Arthur R. Shuman, Jr.,* for appellant.

*Nancy J. Moore,* Assistant Attorney General, with her *Walter M. Phillips, Jr.,* Deputy Attorney General, for appellee.

OPINION PER CURIAM, February 18, 1976:

This is an appeal from a lower court Order denying the appellant's motion to quash subpoenas; although interlocutory, special allowance for appeal was granted by this Court in this case and in *Carabello Appeal, January, 1974 Special Investigating Grand Jury,* 238 Pa. Superior Ct. 479,      A.2d      (1976). Unlike *Carabello, Id.,* the lower court issued no certification in the instant case, but review was initially granted here because the appellant, *inter alia,* raised the identical question on which we deemed review appropriate in *Carabello, Id.* While our decision in *Carabello,* issued of a date simultaneously herewith, is dispositive of the controlling issue presented in this case, the lack of a lower court certification on this appeal [See Section 501 of the Appellate Court Jurisdiction Act, Act of July 31, 1970, P. L. 673, No. 223, Art. V, §501, 17 P.S. §211.501] compels us, for reasons of procedural consistency, to reconsider our decision granting review, and to decline a review of the merits of this appeal. See: *Tracey Service Co. Appeals, January, 1974 Special Investigating Grand Jury,* (VAN DER VOORT, J., not participating), 238 Pa. Superior Ct. 476,      A.2d      (1976).